# Court of Appeals
# of the State of Georgia

ATLANTA, August 24, 2020

*The Court of Appeals hereby passes the following order*

**A21D0025. ERIC LANE DIXON v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015SUCR297



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 24, 2020.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*